Stanley McDONALD, Norman R. Hagfors, and Clayton Jensen, Appellants/Cross-Appellees,

v.

JOHNSON & JOHNSON, Appellee/Cross-Appellant.

Nos. 82–2152, 82–2171.

United States Court of Appeals, Eighth Circuit.

Nov. 16, 1983.

Patterson, Belknap, Webb & Tyler, New York City, Maslon, Edelman, Borman & Brand, Minneapolis, Minn., for appellee/cross-appellant Johnson & Johnson; David F. Dobbins, Theodore B. Van Itallie, Jr., New York City, of counsel.

Daniel R. Shulman, Minneapolis, Minn., Joseph M. Alioto, San Francisco, Cal., for appellants/cross-appellees (McDonald); Gray, Plant, Mooty, Mooty & Bennett, Minneapolis, Minn., Alioto & Alioto, San Francisco, Cal., of counsel.

Before LAY, Chief Judge, and HEANEY and FAGG, Circuit Judges.

ORDER

In light of this court's opinion in *McDonald v. Johnson & Johnson,* 722 F.2d 1370 (1983) vacating the judgment in favor of the plaintiffs on the antitrust claims, the district court's order, 546 F.Supp. 324 (D. Minn.1982), awarding attorney's fees totaling $2,213,874.43 pursuant to section 4 of the Clayton Act is vacated. Accordingly, these appeals are dismissed.